IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-00128-RJC-DSC

| | |
|---|---|
| JORGE ALBERTO HERNANDEZ et. al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) **ORDER** |
| v. | ) |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for John C. Toro, Meryl W. Roper and Katherine Nobles]" (documents ##8-10) filed April 29, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: April 29, 2020

David S. Cayer
United States Magistrate Judge